# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMY ENGLISH,<br><br>　　　　Plaintiff<br><br>v.<br><br>GEICO GENERAL INSURANCE COMPANY, and DOES I through X, inclusive,<br><br>　　　　Defendants | Case No.: 2:19-cv-01314-APG-VCF<br><br>**Order Denying Stipulation and Dismissing Case**<br><br>[ECF No. 12] |

The parties have agreed to dismiss with prejudice plaintiff Amy English's extra-contractual claims, and to submit the remaining contract claims to binding arbitration. ECF No. 10 at 2. Therefore, there is nothing further for the court to do and no reason to keep the case open. If the parties later need to enforce the arbitration award, they can either file a new case or move to reopen this one.

I THEREFORE ORDER that plaintiff Amy English's extra-contractual claims are dismissed with prejudice. The parties are to engage in binding arbitration regarding the remaining claims. Each side is to bear its own fees and costs incurred in connection with this lawsuit.

I FURTHER ORDER that the parties' stipulation to stay this case **(ECF No. 12) is denied as moot.**

I FURTHER ORDER the clerk of the court to close this case.

DATED this 30th day of August, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE