# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| AMY ENGLISH, | |
|---|---|
| Plaintiff, | |
| vs. | 2:19-cv-01314-APG-VCF |
| GEICO GENERAL INSURANCE COMPANY, | **ORDER** |
| Defendant. | |

Before the court is *Amy English v. Geico General Insurance Company*, case number 2:19-cv-01314-APG-VCF. This case is closed.

Accordingly,

IT IS HEREBY ORDERED that the parties DO NOT have to file a new proposed discovery plan and scheduling order by September 10, 2019.

DATED this 6th day of September, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE